SAFESPAN PLATFORM SYSTEMS, INC., Appellant, v STATE INSURANCE FUND, Respondent. (Claim No. 105386.) [801 NYS2d 215]—Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered July 16, 2004. The order denied claimant's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present—Hurlbutt, J.P., Scudder, Smith, Pine and Hayes, JJ.